UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-07027-FWS-SHK | Date: | June 10, 2022 |
| Title: | Jose Luis Campos Soto v. Los Angeles County, et al. | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   FINAL ORDER TO SHOW CAUSE**

On February 22, 2022, the Court issued its Order Dismissing Plaintiff's Second Amended Complaint with Leave to Amend ("ODLA").  Electronic Case Filing ("ECF No.") 23, ODLA.  The Court also provided Plaintiff with blank copies of the Court's Civil Rights Form and Voluntary Dismissal form if either was desired.  Id. at 23-29.  Plaintiff's Third Amended Complaint ("TAC") was due on or before March 15, 2022.  See id. at 21.  In an order ("Ord. 1") issued April 4, 2022, the Court partially granted Plaintiff's request ("Req. 1") for an extension of time to file the TAC, ECF No. 24., Req. 1, and Plaintiff was given until May 19, 2022 to file a TAC, ECF No. 25, Ord. 1 at 1.

On April 22, 2022, the Court sua sponte gave Plaintiff an extension to file the TAC by May 23, 2022 ("Ord. 2"), due to Plaintiff not timely receiving mail related to his case.  ECF No. 27, Ord. 2 at 1.  To date, Plaintiff has failed to file a TAC by the Court's deadline, nor has Plaintiff requested an extension of time to file the TAC.

Accordingly, on or before **June 24, 2022**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desire to pursue this action, Plaintiff must show good cause in writing, if any exists, why plaintiff has not timely filed his TAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a TAC.

      Plaintiff is warned that if he fails to timely complete any of the options provided above, the Court **will** deem such failure a violation of a Court order justifying dismissal and will also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.

      **IT IS SO ORDERED.**