**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS CAMPOS SOTO,<br><br>                Plaintiff,<br><br>      v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>                Defendants. | Case No. 2:20-cv-07027-FWS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:   July 27, 2022

                                          Hon. Fred W. Slaughter
                                          UNITED STATES DISTRICT JUDGE